UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENISE KNOWLES, | ) |
| | ) CASE NO. C14-5034-RAJ-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 19.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, The Administrative law judge (ALJ) shall: (1) further evaluate plaintiff's maximum residual functional capacity, with specific reference to the opinion evidence of record in support of the assessed limitations, including the reports of

REPORT AND RECOMMENDATION
PAGE -1

Drs. Chang and Cowan and the third party statements, and clearly articulate the weight accorded such evidence; (2) further evaluate plaintiff's subjective complaints under Social Security Ruling 96-7p; and (3), as warranted, obtain supplemental vocational expert testimony.

The Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this <u>16th</u> day of June, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2