UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENISE KNOWLES, | )<br>) CASE NO. C14-5034-RAJ |
| Plaintiff, | )<br>) |
| v. | )<br>) ORDER OF REMAND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | ) |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings.  (Dkt. 19.)   It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation;

(2)   The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 27th day of June, 2014.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF REMAND
PAGE -1